**705  MABLEY vs. SUPERIOR COURT JUDGE** (Detroit), 32 M., 189.

To compel respondent to set aside a judgment in garnishee proceedings on the ground of irregularities.

Denied June 8, 1875.

Held, that error and not mandamus is the proper remedy.


**706  HILLIAR vs. CIRCUIT JUDGE** (Branch), No. 11752.

To compel respondent to vacate an order setting aside a verdict.

Granted February 4, 1891, with costs.

Plaintiff had a verdict in an action for services rendered in building a barn. Respondent held a mortgage upon the premises upon which the barn was built, and, on the sole ground that he was disqualified, of his own motion set aside the verdict.

Held, that the judge was not disqualified.

Relator's counsel cited Hawes vs. Humphrey, 9 Pick., 350; Inhabitants vs. Smith, 11 Met., 395; Sjorberg vs. Nordin, 5 N. W. (Minn.), 677; Klaise vs. State, 27 Wis., 463.


**707  SLYFIELD ET AL. vs. CIRCUIT JUDGE** (Benzie), No. 15138½.

To vacate a judgment entered against relators, because (1) service of the declaration by which suit was commenced was made upon relators by the plaintiff in person, and because, (2) after the first default and before default absolute or judgment, but on the same day that judgment was taken, one, Elmer E. Slyfield, who was made a party defendant in said suit, but who was not served with process, entered his appearance in said suit and filed a plea therein.

Order to show cause denied October 8, 1895, on the ground that error is the proper remedy.